**No. 50560.**—Protest 60379–K of S. Farkash, Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, OCTOBER 10, 1945

**No. 50561.**—Protests 973632–G, etc., of Charles Schnabel, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50562.**—Protests 465334–G, etc., of Draeger Shipping Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise is similar in all material respects to the goatskins the subject of *Jacobson & Kupitsky* v. *United States* (T. D. 47950), which record was admitted in evidence herein. In accordance therewith the claim at 10 percent under paragraph 1420 was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 10, 1945

**No. 50563.**—Protests 27542–K, etc., of Y. Akiyama et al. (Honolulu).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), which record was admitted in evidence herein. In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp, and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.